■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES EBERHART, Appellant. [599 NYS2d 839] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Tomei, J.), rendered February 27, 1991, convicting him of robbery in the second degree and grand larceny in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The complainant testified that the defendant and another individual entered his apartment by forcibly pushing the door

open while the complainant was attempting to close it, that the defendant and the other individual beat him up, and the defendant removed $50 cash from his pocket. Viewing the evidence in the light most favorable to the People *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence *(see,* CPL 470.15 [5]).

The sentence imposed on the defendant was not excessive *(see, People v Suitte,* 90 AD2d 80).

We have considered the defendant's remaining contentions and find them to be unpreserved for appellate review or without merit. Thompson, J. P., Miller, Eiber and Santucci, JJ., concur.